# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RYAN CORLEY, et al., | Case No. 5:16-cv-00473 NC |
| Plaintiffs, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Koh to determine whether it is related to 5:13-md-02430 LHK, *In re Google Inc. Gmail Litigation.*

IT IS SO ORDERED.

Date: February 1, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-cv-00473 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES