UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Corley v. Google, Inc.*,<br>No. 16-CV-00473-NC | Case No. 13-MD-02430-LHK<br><br>**RELATED CASE ORDER (*CORLEY*)** |

On February 1, 2016, United States Magistrate Judge Nathanael Cousins of the Northern District of California referred *Corley v. Google, Inc.*, No. 16-CV-00473-NC ("*Corley*") to the undersigned judge for a determination on whether *Corley* should be related to *In re Google Inc. Gmail Litigation*, No. 13-MD-02430-LHK ("*In re Google*"). *See* ECF No. 193 in the *In re Google* docket. *Corley* and *In re Google* concern substantially the same parties and events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. *See* Civil L.R. 3-12(a). Accordingly, the Court determines that *Corley* should be related to *In re Google*.

*Corley* shall be reassigned to the undersigned judge. All future filings are to bear the initials "LHK." Unless otherwise ordered, any dates for hearing noticed motions are vacated and

must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.  A copy of this Order shall be filed in the *Corley* docket.

**IT IS SO ORDERED.**

Dated:  February 11, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

2

Case No. 13-MD-02430-LHK
RELATED CASE ORDER (*CORLEY*)