UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN CORLEY, et al., | Case No. 16-CV-00473-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

Plaintiffs' Attorney: Ray Gallo
Defendant's Attorneys: Michael Rhodes, Kyle Wong

  An initial case management conference was held on April 20, 2016. A further case management conference is set for April 28, 2016, at 1:30 p.m. The parties need not file an updated joint case management statement.

  By Monday, April 25, 2016, at 2:00 p.m., Plaintiffs shall file a brief discussing the propriety of mass joinder. By Tuesday, April 26, 2016, at 8:00 p.m., Defendant shall file a response brief. Briefs shall be no longer than 10 pages each.

  The Court proposed that the parties stipulate to a tolling agreement, withdrawal of the First Amended Complaint, severance of the 710 individual plaintiffs, and/or a schedule for motions to narrow issues and possibly the number of plaintiffs in the case. The parties shall include their response to the Court's proposal in the above briefs.

  The parties shall file a proposed protective order for Judge Grewal's signature by May 4,

2016.

The parties shall exchange initial disclosures by May 6, 2016.

**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
LUCY H. KOH
United States District Judge