UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RYAN CORLEY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No. 16-CV-00473-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: Ray Gallo, Dominic Valerian
Defendant's Attorneys: Michael Rhodes, Kyle Wong

    A case management conference was held on April 28, 2016. A further case management conference is set for August 4, 2016, at 1:30 p.m. The parties shall file their joint case management statement by July 28, 2016.

    The following deadlines remain as previously set: The parties shall file a stipulated protective order for Judge Grewal's signature by May 4, 2016. The parties shall exchange initial disclosures by May 6, 2016.

**IT IS SO ORDERED.**

Dated: April 28, 2016

_____
LUCY H. KOH
United States District Judge

1

Case No. 16-CV-00473-LHK
CASE MANAGEMENT ORDER