Ray E. Gallo (SBN 158903)
rgallo@gallo-law.com
Dominic R. Valerian (SBN 240001)
dvalerian@gallo-law.com
Warren Stramiello, appearance *pro hac vice*
wstramiello@gallo-law.com
www.emailprivacylit.com
**GALLO LLP**
1299 Fourth Street, Suite 505
San Rafael, CA 94901
Phone: 415.257.8800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN CORLEY, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>GOOGLE INC., *et al.*,<br><br>           Defendants. | Case No. 5:16-cv-00473-LHK<br>Hon. Lucy H. Koh<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

PLEASE TAKE NOTICE:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Patrick Rooney (and Rooney only) is hereby dismissed from the complaint in its entirety, without prejudice.

Dated: June 27, 2016          Respectfully submitted,

**Gallo LLP**

By:           /s/ Ray E. Gallo
                  Ray E. Gallo
                 *Attorneys for Plaintiffs*

**Gallo LLP**
1299 Fourth St., Ste. 505
San Rafael, CA 94901
www.emailprivacylit.com