UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN CORLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. 16-CV-00473-LHK <br><br> **ORDER REGARDING STATUS OF INDIVIDUAL PLAINTIFFS** |

For purposes of ruling on Defendant's motion to sever, the Court requests that the parties provide additional information concerning the individual Plaintiffs in the instant case and in the related case, *Amaral v. Google Inc.* (16-CV-2553) (N.D. Cal.).

Specifically, the Court ORDERS the parties to file a statement by August 11, 2016 which specifies:

- The name of every educational institution where the individual Plaintiffs in the *Corley* and *Amaral* cases had Google Apps for Education email accounts.
- How many individual Plaintiffs remain in the *Corley* and *Amaral* cases. This number shall exclude all individual Plaintiffs who have been voluntarily dismissed. The parties shall provide both (1) the total number of Plaintiffs in aggregate, and (2) the total

1. number of Plaintiffs by educational institution.
- The names and educational institution of every individual Plaintiff who has been voluntarily dismissed from the *Corley* and *Amaral* cases.

**IT IS SO ORDERED.**

Dated: August 8, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge