UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN CORLEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No. 16-CV-00473-LHK<br>Case No. 16-CV-02553-LHK<br><br>**CASE MANAGEMENT ORDER AND ORDER DENYING AS MOOT MOTIONS TO DISMISS**<br><br>Re: Dkt. No. 122 (No. 16-CV-00473-LHK)<br>Re: Dkt. No. 33 (No. 16-CV-02553-LHK) |
| KEITH AMARAL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | |

Plaintiffs' Attorney: Ray Gallo
Defendant's Attorney: Michael Rhodes

A case management conference was held on August 18, 2016. A further case management conference is set for October 27, 2016, at 1:30 p.m. The parties shall file their joint case management statement by October 20, 2016.

1
Case No. 16-CV-00473-LHK and Case No. 16-CV-02553-LHK
CASE MANAGEMENT ORDER AND ORDER DENYING AS MOOT MOTIONS TO DISMISS

Because the Court has granted Google's motions to sever, Google's motions to dismiss the First Amended Complaint in *Corley* and the original complaint in *Amaral*, both filed on July 20, 2016, are hereby DENIED AS MOOT.  16-CV-0473, ECF No. 122; 16-CV-2553, ECF No. 33.

**IT IS SO ORDERED.**

Dated:  August 19, 2016.

*Lucy H. Koh*
LUCY H. KOH
United States District Judge