Gallo LLP

Ray E. Gallo (SBN 158903)
rgallo@gallo-law.com
Dominic R. Valerian (SBN 240001)
dvalerian@gallo-law.com
Warren Stramiello, appearance *pro hac vice*
wstramiello@gallo-law.com
www.emailprivacylit.com
**GALLO LLP**
1299 Fourth Street, Suite 505
San Rafael, CA 94901
Phone: 415.257.8800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN CORLEY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE INC., *et al.*,<br><br>　　　　Defendants. | Case No. 5:16-cv-00473-LHK<br>Hon. Lucy H. Koh<br><br>**NOTICE OF SETTLEMENT OF CLAIMS OF 702 PLAINTIFFS** |

Plaintiffs Ryan Corley, *et al.* (collectively "Plaintiffs") hereby notify the Court that 702 Plaintiffs in this action have finalized their settlements with Google per the parties' agreement reached at the June 2016 mediation and shortly will dismiss their claims in this action with prejudice.

Two Plaintiffs—Eudald Corrieg Fraga and Liban Adan—have neither settled their claims nor authorized or directed Plaintiffs' counsel to re-file their cases to avoid dismissal pursuant to this Court's August 19, 2016 order (ECF No. 134).

**RESPECTFULLY SUBMITTED,**

Dated: October 3, 2016    **GALLO LLP**

By:    /s/ *Ray E. Gallo*
       Ray E. Gallo
       *Attorneys for Plaintiffs*