UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIBAN ADEN and EUDALD CORRIEG FRAGA,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No.16-CV-00473-LHK<br><br>**ORDER DISMISSING WITH PREJUDICE** |

On August 19, 2016, this Court granted Defendant Google, Inc.'s motion to sever. ECF No. 134. This Court ordered that "if Plaintiffs elect to proceed in this litigation, Plaintiffs must file" individual complaints within 45 days of the Court's order. *Id.* at 32. The Court stated that "[f]ailure to meet this 45-day deadline will result in a dismissal of the" Plaintiffs' claims with prejudice. *Id.*

On October 3, 2016, the Court received notice that 702 Plaintiffs voluntarily dismissed their claims with prejudice. ECF No. 138. This left two individuals—Eudald Corrieg Fraga ("Fraga") and Liban Adan ("Adan")—remaining. ECF No. 137, at 2.

Neither Fraga nor Adan filed an individual complaint within 45 days of the Court's August

1    19, 2016 order.  Accordingly, pursuant to this Court's order, their claims are dismissed with

2    prejudice.  The clerk shall close the file.

3    **IT IS SO ORDERED.**

5    Dated: October 18, 2016

_____
LUCY H. KOH
United States District Judge

Case No.16-CV-00473-LHK
ORDER

2